UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P955-H

**BRIAN L. CLEMENTS**                                                              **PETITIONER**

**v.**

**JAILER BOBBY WAITS**                                                             **RESPONDENT**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**.

The Court is satisfied that no jurists of reason would find its decision to be debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 483 (2000). Accordingly, a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED**.[1]

The Court **certifies** that an appeal of this case is not taken in good faith. Further requests to appeal *in forma pauperis* should be made to Sixth Circuit Court of Appeals in accordance with Fed. R. App. P. 24.

There being no just reason for delay in its entry, this is a **final Order**.

Date:

cc:     Petitioner, *pro se*
4412.008

---

[1] Petitioner is instructed that he may not appeal the denial of the certificate of appealability, "but [instead] may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11 of the Rules Governing Section 2254 cases. Petitioner is further instructed that "a motion to reconsider a denial does not extend the time to appeal." *Id.*